tions. (*Mercantile National Bank* ˙v. *Corn Exchange Bank*, 68 Hun, 95.) If the complaint which was served was in form unsatisfactory to the plaintiff, it could have been amended. If the time to amend expired it would have been open to the plaintiff at any time, upon sufficient cause shown, to have the default opened and permission granted to serve an amended complaint. Furthermore, if prior to the time when the plaintiff was in a position to prepare and serve such an amended complaint the defendants sought unreasonably to bring about a determination of the action, it would be open to the plaintiff to make a motion for a stay of proceedings. The orders appealed from should be affirmed but, under the circumstances, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ. Orders affirmed, without costs.

----

FANNY ELLINGER, Respondent, v. ANTHONY DOLL, JR., and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin Smith, Shearn and Merrell, JJ.

GENEVIEVE MILLER, an Infant, by STANLEY MILLER, Her Guardian ad Litem, Appellant, v. NEALON-SULLIVAN REALTY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

HERMAN LEROY EDGAR, Individually, and HERMAN LEROY EDGAR and Another, as Executors, etc., Respondents, v. RHINELANDER WALDO, Appellant, Impleaded with Others, Respondents, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

JOSEPH TREIMEL, Respondent, v. CHRISTIAN INTEMANN, JR., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

J. ARON & COMPANY, INC., Respondent, v. MAX B. JUDITSKY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

ROMOLO FANARA, Respondent, v. PIETRO FORTUNA and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

ANNA MARIE LYON, Respondent, v. JOHN W. RITCHIE and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Shearn and Merrell, JJ.

JOHN KUNKEL, Respondent, v. THOMAS P. HOWLEY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin Page, Shearn and Merrell, JJ.

MARY B. JUDSON, as Executrix, etc., Respondent, v. HERBERT H. GIBBS, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MARIE BELLA VISONO, an Infant, by THERESA VISONO, Her Guardian ad Litem, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY,